

YAAKOV SAKS ▲*
JUDAH STEIN ▲
RAPHAEL DEUTSCH ^
RACHEL DRAKE ▪
DAVID FORCE ▲

▲ NJ & NY Bar Admissions
^ CT & NJ Bar Admissions
▪ NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN

285 Passaic Street, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

October 12, 2020

**Via CM/ECF**
The Honorable John Cronan
United States District Court
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/12/2020

    Re:    **Angeles vs Rosle USA Corp.**
             **Case #: 1:20-06525-JPC**

Dear Judge Cronan:

We represent the plaintiff in the above matter. We write with the consent of Defendants to respectfully request that the initial conference currently scheduled for October 13, at 10:00am be adjourned for at least 30 days to a later date.

This is the first request for an adjournment. Counsel for the Plaintiff and Defendant are engaged in settlement talks and hope to reach a resolution prior to the conference.

We thank Your Honor and the Court for its kind considerations and courtesies.

                                          Respectfully submitted,

                                          *s/ David Force*
                                          David Force, Esq.

cc:    All Counsel of Record via ECF

It is hereby ORDERED that the Initial Pretrial Conference scheduled for October 13, 2020 at 10:00 a.m. is adjourned to November 16, 2020 at 2:00 p.m. The parties are reminded that pursuant to the 3.B of the Court's Individual Rules and Practices in Civil Cases, absent exceptional circumstances, any adjournment requests should be made at least 48 hours prior to the scheduled appearance.

SO ORDERED

Date:    October 12, 2020
              New York, New York

JOHN P. CRONAN
United States District Judge