**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JENISA ANGELES, on behalf of herself and all others similarly situated,
    Plaintiff,

v.                                                CASE NO.: 1:20-cv-6525

ROSLE USA CORP.

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY AGREED TO by the Plaintiff and Plaintiff's attorney, and the Defendant, Rosle USA Corp. that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action against Defendant, Rosle USA Corp. shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: January 11, 2021                                  Respectfully Submitted,

                                                                    /s/Mark Rozenberg
                                                                     Mark Rozenberg Esq.
                                                                     **Stein Saks, PLLC**
                                                                     285 Passaic Street
                                                                     Hackensack, NJ 07601
                                                                     mrozenberg@steinsakslegal.com
                                                                     Tel. 201-282-6500
                                                                     Fax 201-282-6501
                                                                     *Attorneys for Plaintiff*

---

In light of Plaintiff's notice of dismissal with prejudice under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Clerk of the Court is respectfully directed to close this case.

SO ORDERED.

Date: January 11, 2021
       New York, New York

[signature]
JOHN P. CRONAN
United States District Court

## Certificate of Service

      I hereby certify that on this date, I electronically filed this Notice of Voluntary Dismissal using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.  I also emailed this Notice to all parties who have not made an appearance in this case.

This 11th day of January, 2021          Respectfully Submitted,

                                            */s/ Mark Rozenberg*
                                            Mark Rozenberg